UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                                               :

**UNITED STATES OF AMERICA**         :

                                                               :   CRIM. NO. 3:02CR95 (AHN)

**VS.**         :

         :

**CHARLES HENRY BREWER, III**     :   March 10, 2005

_____  :

## MOTION TO CONTINUE SENTENCING

The defendant in the above-captioned matter hereby moves to continue his sentencing date currently scheduled for Tuesday, March 15, to Monday, May 16, 2005. In support thereof, defendant states as follows:

      1.     The government has no objection to this motion being granted and believes that its granting is appropriate under the circumstances.

      2.     There have been thirteen prior extensions of time filed with respect to this deadline.

      3.     Defendant has been fully compliant with his conditions of release.

      4.     This extension is necessary because the defendant is to be a witness in the upcoming trial of another matter and the sentencing should be postponed until his testimony has taken place.

WHEREFORE, for the foregoing reasons, defendant requests that his sentencing date be continued to Monday, May 16, at 9:00 A.M., or to such other date as the court deems appropriate.

          THE DEFENDANT CHARLES BREWER

By  _____
William M. Bloss
Federal Bar No. ct01008
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
TEL: 203-336-4421
FAX: 203-368-3244
email: bbloss@koskoff.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 10th day of March, 2005, to all counsel and pro se parties of record, as follows:

Peter Markle, Esq.
Assistant United States Attorney
P.O. Box 1824
New Haven, CT 06508-1824

_____
William M. Bloss