**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____
                                                            :
**UNITED STATES OF AMERICA**                :
                                                            :    **CRIM. NO. 3:02CR95 (AHN)**
**VS.**                                                    :
                                                            :
**CHARLES HENRY BREWER, III**        :    **March 17, 2005**
_____:

## MOTION FOR PERMISSION TO TRAVEL

The defendant Charles Henry Brewer, III, in the above-captioned matter hereby moves

for permission to travel to Memphis, Tennessee, on April 4, 2005, to attend a church conference

with his father.   The defendant plans to return to Connecticut on April 8, 2005.   On information

and belief, defendant has been fully compliant with the conditions of his release.

Assistant United States Attorney Peter Markle has no objection to this motion being

granted.

THE DEFENDANT CHARLES BREWER


By  _____
    William M. Bloss
    Federal Bar No. ct01008
    Koskoff Koskoff & Bieder, P.C.
    350 Fairfield Avenue
    Bridgeport, CT 06604
    TEL:  203-336-4421
    FAX:  203-368-3244
    e-mail: bbloss@koskoff.com

## <u>CERTIFICATION</u>

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 17th day of March, 2005, to all counsel and pro se parties of record, as follows:

Peter Markle, Esq.
Assistant United States Attorney
Post Office Box 1824
New Haven, CT 06508-1824

_____
William M. Bloss