



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| VS. | : | CRIM. NO. 3:02CR95 (AHN) |
| CHARLES HENRY BREWER, III | : | March 17, 2005 |

### MOTION FOR PERMISSION TO TRAVEL

The defendant Charles Henry Brewer, III, in the above-captioned matter hereby moves for permission to travel to Memphis, Tennessee, on April 4, 2005, to attend a church conference with his father. The defendant plans to return to Connecticut on April 8, 2005. On information and belief, defendant has been fully compliant with the conditions of his release.

Assistant United States Attorney Peter Markle has no objection to this motion being granted.

3/21/20 05 SO ORDERED GRANTED
ALAN H. NEVAS