UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
:
**UNITED STATES OF AMERICA**            :
: **CRIM. NO. 3:02CR95 (AHN)**
**VS.**                                 :
:
**CHARLES HENRY BREWER, III**           : April 22, 2005
_____  :

## MOTION TO CONTINUE SENTENCING

The defendant in the above-captioned matter hereby moves to continue his sentencing date currently scheduled for Wednesday, April 27, to Monday, May 23, 2005. In support thereof, defendant states as follows:

1. The government has no objection to this motion being granted and believes that its granting is appropriate under the circumstances.

2. There have been fourteen prior extensions of time filed with respect to this deadline.

3. Defendant has been fully compliant with his conditions of release.

4. This extension is necessary because counsel for the defendant is just beginning evidence in a civil matter in the Judicial District of New Haven in the case of Gonzalez vs. University System of New Hampshire, Docket No. CV 01 0451217 S. This case is expected to last for one month.

WHEREFORE, for the foregoing reasons, defendant requests that his sentencing date be continued to Monday, May 23, at 9:00 A.M., or to such other date as the court deems appropriate.

                                                THE DEFENDANT CHARLES BREWER

                                      By  _____
                                            William M. Bloss
                                            Federal Bar No. ct01008
                                            Koskoff Koskoff & Bieder, P.C.
                                            350 Fairfield Avenue
                                            Bridgeport, CT 06604
                                            TEL:  203-336-4421
                                            FAX:  203-368-3244
                                            email: bbloss@koskoff.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 22nd day of April, 2005, to all counsel and pro se parties of record, as follows:

Peter Markle, Esq.
Assistant United States Attorney
P.O. Box 1824
New Haven, CT 06508-1824

                                            _____
                                            William M. Bloss