UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                            :
UNITED STATES OF AMERICA                    :
                                            :   CRIM. NO. 3:02CR95 (AHN)
VS.                                         :
                                            :
CHARLES HENRY BREWER, III                   :   May 16, 2005
_____:

## MOTION FOR PERMISSION TO TRAVEL

The defendant Charles Henry Brewer III in the above-captioned matter hereby moves for permission to travel to Myrtle Beach, South Carolina, for the Memorial Day Holiday, departing on May 25 and returning on May 31, 2005. On information and belief, defendant has been fully compliant with the conditions of his release.

Assistant United States Attorney Peter Markle has no objection to this motion being granted.

        THE DEFENDANT CHARLES BREWER


      By _____
        William M. Bloss
        Federal Bar No. ct01008
        Koskoff Koskoff & Bieder, P.C.
        350 Fairfield Avenue
        Bridgeport, CT 06604
        TEL:  203-336-4421
        FAX:  203-368-3244
        e-mail: bbloss@koskoff.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 16th day of May, 2005, to all counsel and pro se parties of record, as follows:

Peter Markle, Esq.
Assistant United States Attorney
Post Office Box 1824
New Haven, CT 06508-1824

_____
William M. Bloss