UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 3:02CR00095(AHN) |
| | : | |
| CHARLES HENRY BREWER, III | : | **Filed Under Seal** |
| | : | |
| | : | June 14, 2005 |

## MOTION TO SEAL

The United States of America, by Kevin J. O'Connor, United States Attorney for the District of Connecticut, by Peter D. Markle, Assistant United States Attorney, respectfully moves the Court for an Order sealing the Government's motion and memorandum in support thereof and any order entered thereon, of even date herewith, this Motion to Seal, and the within proposed Order to Seal in the captioned matter.

The United States files this motion since the documents pertain to the cooperation provided to the Government by the captioned defendant, and inadvertent disclosure of this information could jeopardize the safety of the defendant and/or the defendant's family.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

BY:        ALEX V. HERNANDEZ
             ASSISTANT UNITED STATES ATTORNEY

FOR:       PETER D. MARKLE
             ASSISTANT UNITED STATES ATTORNEY
             Federal Bar No. ct05098
             157 Church Street
             New Haven, Connecticut 06510
             (203) 821-3700

peter.markle@usdoj.gov

## CERTIFICATION

I hereby certify that a copy of the foregoing "Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e)" was hand delivered, this 15th day of June, 2005 to William Bloss, Esq. 350 Fairfield Avenue, Bridgeport, Connecticut 06604.


_____
BY:     ALEX V. HERNANDEZ
        ASSISTANT UNITED STATES ATTORNEY


FOR:    PETER D. MARKLE
        ASSISTANT UNITED STATES ATTORNEY