

**CHAPEL MEDICAL GROUP, P.C.**
1308 CHAPEL STREET
NEW HAVEN, CONNECTICUT 06511

April 5, 2004

**RICHARD J. BARSE**
**M.D.**

To Whom It May Concern:

Re: Charles Brewer
D/B: 7/5/42

**WAYNE S. WARREN**
**M.D.**

Mr. Charles Brewer is a 61-year-old man who is under my medical care. The patient has difficulty taking care of himself because of his medical conditions. His son, Charles Brewer III, helps the patient with most of his activities of daily living.

**PATRICK ASIEDU**
**M.D., Ph.D.**

If you have questions regarding Mr. Brewer, please do not hesitate to contact me.

**SUNIL G. MENON**
**M.D.**

Sincerely,

Patrick Asiedu, M.D., Ph.D.

PHONE (203) 865-5111
FAX (203) 562-2368

PA/dh

# City Line Pediatrics, P.C.

4190 City Line Avenue • Suite 540 • Philadelphia, PA 19131 • Telephone (215) 871-1800
Fax (215) 871-1807

Lee Ann Brodzik, D.O., F.A.C.O.P.
Carl R. Pullen, D.O., Board Certified in Family Medicine
Rosemary Vickers, D.O., F.A.C.O.P.

March 23, 2004

RE: Charles Brewer
DOB: 7/5/1942

To whom it may concern,

This letter is being sent in regards to Charles Brewer whom I have been acquainted with for many years. I have recently had the opportunity to review his medical records. He has multiple serious medical problems, which must be continuously addressed. He has significant Vaso-Occulusive disease of the upper and lower extremities, which severely restricts his mobility, and activities of daily living. He requires maximum assistance in transfers from bed to wheelchair or to commode. He has multiple large and smaller sacral decubitus ulcers (significant skin breakdown over buttocks) that require frequent Dressing changes and will not heal without additional surgery. These decubitus ulcers must be cleaned and dressed well to prevent significant systemic infection. He also, has demonstrated Hypertension as well as arterial fibulation (irregular heart rate), which may contribute to his syncope episodes (fainting spells). He has had previous hospitalizations for sepsis (infection) and evaluation of his vaso-occlusive disease.

With his current medical status it is a necessity that he have round the clock assistance. His son Charles Brewer, III has at this time been providing this assistance daily. He has been solely responsible for bathing and transferring the elder Mr. Brewer as well as continuously cleaning of his skin infections/ulcers. He also provides transportation for Mr. Brewer to his Church where the elder Mr. Brewer is the head Bishop.

Please evaluate this case as I have that there is a grave necessity that Charles Brewer, III be allowed to remain with his father and continue to provide the care that he does so well and which is so desperately needed. Feel free to contact me with any questions, which you may have.

Sincerely,

*[signature]*

Dr. Carl Robert Pullen, D.O.

CP:dh

# QUINNIPIAC UNIVERSITY

SCHOOL OF LAW

May 21, 2003

The Honorable Alan H. Nevas
915 Lafayette Boulevard
Bridgeport, CT 06604

Dear Judge Nevas:

I write on behalf of Charles Brewer III ("Chucky") who is currently involved in a matter which is pending before your Honor. He is the grandson and son of the pastor of Wilson Memorial Church of God in Christ, the Church that I attend in Stamford, Connecticut. I have known Chucky for most of his life. As a young child, Chucky was very active in the Church in various capacities. As a teen and a young adult, he strayed away from the values that his parents and the Church had instilled in him.

Chucky, like many young people, has made poor decisions and mistakes in judgment. However, I believe that in the last year, he has made significant strides toward turning his life around. Most importantly, Chucky has returned to the Church and his religious roots. He has become an active participant in the Church. He attends worship services regularly, he is a member of the choir, and he works diligently with the young men's department. Because of his own past, Chucky is able to have candid discussions with other young people about the criminal justice system and life in prison. His testimonials are a deterrent to other young people who otherwise might engage in unlawful conduct. Chucky has actually become a role model for other young people in the Church.

Over the last year, Chucky has had ample time to reflect on his past, the present, and his future. I believe that after serious reflection, he determined to change his ways and to become a responsible and productive member of society. Members of the Church, and people in the community, constantly comment on "how much Chucky has changed". His reputation within the Church, and within the community in which he lives, is now that of a serious young Christian man who is determined to live his life in a way that reflects the teachings in his home and in his Church. I believe that he is doing that now, and will continue to do that, and that incarceration is neither necessary nor appropriate in this case.

If you would like additional information, please do not hesitate to contact me at (203) 582-3258. I am willing to appear to offer any "on the record" statement in support of Chucky Brewer.

Sincerely,

Marilyn J. Ward Ford
Professor of Law

cc:   Attorney Bloss



*Charles Brewer*
*C02-1206R*

Office of the Bishop

Bishop Kenneth H. Moales, Sr.
Presiding Prelate

May 27, 2003

Honorable Judge Alan H. Nevas
Superior Court
915 Lafayette Boulevard
Bridgeport, CT 06604

Dear Judge Nevas:

This missive is an appeal and support for Charles Brewer, Jr., III.

Charles Brewer, Jr., III's grandfather, grandmother and father have been mentors for many young men, women and families including myself for more than five decades. I believe that Charles Jr., III can resolve this unfortunate misguidance with the prospect our justice system can grant. His self-discipline these months have affirmed his ability to commit to change.

Thank you for this opportunity to request for grace and forbearance extended to this young man for rehabilitation. Understanding the responsibility for both the community and the system of justice, I believe some extensive program might be entreated for further counsel, spiritual guidance and community support in place of incarceration that would reassimilate Charles as a positive recovered man into mainstream society. Our prayer is for this request.

May God's blessings of strength, health and peace be multiplied to you.

Most Sincerely,

The Right Reverend Kenneth H. Moales, Sr.

Cc: Attorney William Bloss
    Bishop Charles Brewer, Jr.

P.O. Box 4086   •   Bridgeport, Connecticut 06607   •   (203) 366-5824