UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 3:02CR00095(AHN) |
| : | |
| CHARLES HENRY BREWER, III : | |
| : | |
| : | June 15 2005 |

## MOTION TO DISMISS

The defendant having entered a plea of guilty to Count One of the Superseding Indictment on June 25, 2002, and having been sentenced on June 15, 2005, the United States Attorney, through Peter D. Markle, Assistant United States Attorney, respectfully requests that the original Indictment be dismissed as it pertains to CHARLES HENRY BREWER, III.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

PETER D. MARKLE
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct05098
157 Church Street
P.O. Box 1824
New Haven, Connecticut 06508
(203) 821-3700

## CERTIFICATION

This is to certify that a copy of the within and forgoing "Government's Motion to Dismiss" was hand delivered on June 15, 2005 to the following:

**William M. Bloss**
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Ave.
Bridgeport, CT 06604

PETER D. MARKLE
ASSISTANT U.S. ATTORNEY